IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN GILMER,

      Plaintiff,

  v.

ALAMEDA-CONTRA COSTA TRANSIT DISTRICT,

      Defendant.
_____/

No. 08-05186 CW

ORDER FOR RESPONSE TO MEDIATOR'S SUGGESTION

On July 14, 2009, the Mediator, Luella E. Nelson, filed a Certification of ADR Session (see attached) wherein she stated that a mediation session was held on June 17, 2009. Although the case did not settle, the certification states that the Mediator did follow up with a suggestion, but received no response. Accordingly,

IT IS HEREBY ORDERED that the parties respond within one week from the date of this order to the Mediator's suggestion.

7/20/09
Dated _____

_____
CLAUDIA WILKEN
United States District Judge

cc: ADR
    Luella E. Nelson
    4096 Piedmont Ave., BMB 159
    Oakland, CA  94611