1   MICHAEL W. FOSTER (State Bar No. 127691)
    DAVID J. CARDIFF (State Bar No. 184246)
2   MADELYN G. JORDAN-DAVIS (State Bar No. 181771)
    FOSTER AND ASSOCIATES
3   3000 LAKESHORE AVENUE
    OAKLAND, CALIFORNIA 94610
4   TELEPHONE: (510) 763-1900
5   FACSIMILE:  (510) 763-5952

6   Attorneys for Defendant,
    ALAMEDA-CONTRA COSTA TRANSIT
7   DISTRICT

8
                    UNITED STATES DISTRICT COURT
9
              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12  BRIAN GILMER, ANTHONY RODGERS,           CASE NO.: C08-05186
    DELORIS WILKINS, JERRY WILLIAMS,
13  RAYMOND ROBBINS,                         Date Action Filed: November 17, 2008

14          Plaintiffs,
                                             **STIPULATION ALLOWING DEFENDANT
15      vs.                                  TO FILE SECOND AMENDED ANSWER**

16  ALAMEDA-CONTRA COSTA TRANSIT
    DISTRICT,
17
            Defendant.
18

19
20          The parties to this Action, by and through their respective counsel of record, hereby stipulate,

21  pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, as follows:  That Defendant may

22  file as its Second Amended Answer the document attached hereto as Exhibit "A."

23  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

24
25  DATED:    06/30/09                      __/s/    Margot A. Rosenberg_____
                                            Philip C. Monrad, Esq.
26                                          Margot A. Rosenberg, Esq.
                                            Attorneys for Plaintiffs Brian Gilmer, Anthony
27                                          Rodgers, Deloris Wilkins, Jerry Williams, and
                                            Raymond Robbins
28

1  DATED:   06/30/09                              ___/s/    David J. Cardiff_____
                                                  Michael W. Foster, Esq.
2                                                 David J. Cardiff, Esq.
                                                  Madelyn G. Jordan-Davis, Esq.
3                                                 Attorneys for Defendant Alameda-Contra Costa Transit
4                                                 District

5     **IT IS SO ORDERED:**

6

7  Date:   7/21/09

8                                                 _____
9                                                 CLAUDIA A. WILKEN
                                                  United States District Judge