Philip C. Monrad (State Bar No. 151073)
Margot A. Rosenberg (State Bar No. 144955)
Elizabeth Morris (State Bar No. 260513)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: 510-272 0169
Fax: 510-272 0174
Email: pmonrad@leonardcarder.com
Email: mrosenberg@leonardcarder.com
Email: lmorris@leonardcarder.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GILMER, ANTHONY RODGERS, DELORIS WILKINS, JERRY WILLIAMS, RAYMOND ROBBINS, <br><br>        Plaintiffs, <br><br> vs. <br><br> ALAMEDA-CONTRA COSTA TRANSIT DISTRICT, <br><br>        Defendant. | Case No.  C08-05186 CW <br><br> **ORDER GRANTING PLAINTIFFS' MOTION FOR EXTRA PAGES** <br><br> Date:     November 12, 2009 <br> Time:    2:00 P.M. <br> Place:   1301 Clay Street <br>            Oakland, California 94612 <br>            Courtroom 2 |

Because the Court granted Defendant AC Transit District's administrative motion for permission to file a 35 page combined opposition to Plaintiffs' summary judgment motion and cross-motion for summary judgment, the Court hereby grants Plaintiffs permission to file a 20 page reply to said combined opposition/cross-motion.

Dated: _____
10/14/09

_____
Claudia A. Wilken
United States District Judge

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169   FAX: (510) 272-0174