MICHAEL W. FOSTER (State Bar No. 127691)
MICHAEL E. WILBUR (State Bar No. 152361)
DAVID CARDIFF (State Bar No. 184246)
FOSTER EMPLOYMENT LAW
3000 LAKESHORE AVENUE
OAKLAND, CALIFORNIA 94610
TELEPHONE: (510) 763-1900
FACSIMILE: (510) 763-5952

Attorneys for Defendant
ALAMEDA-CONTRA COSTA TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GILMER, ANTHONY RODGERS, DELORIS WILKINS, JERRY WILLIAMS, RAYMOND ROBBINS<br><br>Plaintiffs,<br>vs.<br>ALAMEDA-CONTRA COSTA TRANSIT DISTRICT,<br><br>Defendant. | Case No. C08-05186CW<br><br>Date Action Filed: Nov. 17, 2008<br>Trial Date: May 2, 2011<br><br>[PROPOSED] ORDER EXTENDING DEADLINE FOR COMPLETION OF FACT DISCOVERY |

The Court, having reviewed the Stipulation and Joint Request for an Order Extending Deadline for Completion of Fact Discovery and the Declaration of David Cardiff in support, and good cause appearing, hereby grants the parties' joint request for a 61-day extension of the deadline for completion of fact discovery, and a 52 day extension of the deadline for disclosing expert identities and reports.

The deadline for completion of fact discovery is extended to November 1, 2010.

The deadline for disclosure of expert identities and reports is extended to November 22, 2010.

No other deadlines previously set by the Court are affected by this Order.

IT IS SO ORDERED, this 11th day of August, 2010

_____
Claudia A. Wilken
United States District Judge

[PROPOSED] ORDER EXTENDING DEADLINE FOR COMPLETION OF FACT DISCOVERY

2