IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GILMER,<br><br>      Plaintiff,<br><br>  v.<br><br>ALAMEDA-CONTRA COSTA TRANSIT DISTRICT,<br><br>      Defendant.<br>_____/ | No. C 08-05186 CW<br><br>ORDER OF REFERENCE TO MAGISTRATE JUDGE |

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Administrative Motion Seeking Leave of Court to Take an Additional Deposition of Defendant Alameda-Contra Costa Transit District and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.

Dated: 9/24/2010

                                 CLAUDIA WILKEN<br>                                 United States District Judge

cc: Sue; Assigned M/J w/mo.