MICHAEL W. FOSTER (State Bar No. 127691)
MICHAEL E. WILBUR (State Bar No. 152361)
DAVID CARDIFF (State Bar No. 184246)
FOSTER EMPLOYMENT LAW
3000 LAKESHORE AVENUE
OAKLAND, CALIFORNIA 94610
TELEPHONE: (510) 763-1900
FACSIMILE:  (510) 763-5952

Attorneys for Defendant
ALAMEDA-CONTRA COSTA TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GILMER, ANTHONY RODGERS, DELORIS WILKINS, JERRY WILLIAMS, RAYMOND ROBBINS<br><br>Plaintiffs,<br>vs.<br>ALAMEDA-CONTRA COSTA TRANSIT DISTRICT,<br><br>Defendant. | Case No. C08-05186CW<br><br>Date Action Filed: Nov. 17, 2008<br>Trial Date: May 2, 2011<br><br>[~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR COMPLETION OF FACT DISCOVERY |

1   The Court, having reviewed the Stipulation and Joint Request for an Order Extending
2   Deadline for Completion of Fact Discovery and the Declaration of David Cardiff in support, and
3   good cause appearing, hereby grants the parties' joint request for a 60-day extension of the deadline
4   for completion of fact discovery, and a 60 day extension of the deadline for disclosing expert
5   identities and reports.
6   The deadline for completion of fact discovery is extended to December 31, 2010.
7   The deadline for disclosure of expert identities and reports is extended to January 21, 2011.
8   No other deadlines previously set by the Court are affected by this Order.
9   IT IS SO ORDERED, this 4th day of October, 2010

_____
Claudia A. Wilken
United States District Judge

2
[PROPOSED] ORDER EXTENDING DEADLINE FOR COMPLETION OF FACT DISCOVERY