1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8
9              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| BRIAN GILMER, ANTHONY RODGERS, DELORIS WILKINS, JERRY WILLIAMS, RAYMOND ROBBINS </br></br> Plaintiffs, </br></br> vs. </br> ALAMEDA-CONTRA COSTA TRANSIT DISTRICT, </br></br> Defendant. | Case No. C08-05186CW (EDL) </br></br> Date Action Filed: Nov. 17, 2008 </br> Trial Date: May 2, 2011 </br></br> **[proposed] ORDER SHORTENING TIME TO HEAR DISCOVERY MOTIONS** </br> AS MODIFIED |

(Note: "proposed" is struck through)

1  The Court, having reviewed the parties' Stipulation Requesting Shortening Time On
2  Discovery Motions and good cause appearing, hereby grants the parties' request to shorten time for a
3  hearing on their discovery motions to be filed on December 15, 2010. ~~As requested,~~ ~~said~~ Said motions
4  shall be heard on ~~December 28, 2010~~ January 11, 2011 at 9:00 a.m., or as soon thereafter as the parties may be heard.
5  Opposition briefs will be filed and served no later than close of business on December ~~21~~ 22, 2010, and
6  reply briefs will be filed and served no later than close of business on December ~~23~~ 28, 2010. Also, one
7  counsel for defendant will be allowed to participate by telephone, provided at least one other counsel
8  for defendant must appear in person.
9  IT IS SO ORDERED, this __14__ day of December, 2010

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States District Judge

1.