UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GILMER, ANTHONY RODGERS, DELORIS WILKINS, JERRY WILLIAMS, RAYMOND ROBBINS<br><br>Plaintiffs,<br>vs.<br>ALAMEDA-CONTRA COSTA TRANSIT DISTRICT,<br><br>Defendant. | Case No. C08-05186CW<br><br>Date Action Filed:  Nov. 17, 2008<br>Trial Date:            May 2, 2011<br><br>[~~PROPOSED~~] ORDER EXTENDING DEADLINES RE DISPOSITIVE MOTIONS |

The Court, having reviewed the Stipulation and Joint Request for an Order Extending the Deadlines for Filing and Hearing Dispositive Motions, and good cause appearing, hereby grants the parties' joint request. As requested, the deadlines for filing and hearing said motions shall be as follows:

1  February 10, 2011 shall be the last day to file and serve a dispositive motion;

2  March 17, 2011 shall be the last day to hear dispositive motions; ~~and~~  & FCMC; and

3  Opposition and reply briefs shall be due pursuant to the Local Rules.

**The trial is continued to June 13, 2010, pretrial 5/31/2010 at 2 p.m.**

4  IT IS SO ORDERED, this 21st day of December, 2010

*/s/ Claudia Wilken*
Claudia A. Wilken
United States District Judge

FOSTER employment law
3000 Lakeshore Avenue
Oakland, California 94610

2

[~~proposed~~] ORDER EXTENDING DEADLINES                                CASE NO. C08-05186 CW
RE DISPOSITIVE MOTIONS