IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GILMER, et al., | No. C-08-05186 CW (EDL) |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME** |
| v. | |
| ALAMEDA-CONTRA COSTA TRANSIT DISTRICT, | |
| Defendant. | |

On January 11, 2011, Plaintiffs filed an Administrative Motion to Shorten Time to hear Plaintiffs' Motion to Determine Sufficiency of Responses to Requests for Admission and/or to Compel Further Discovery Responses due to Waiver of Attorney-Client Privilege. Plaintiffs argue that because granting the discovery motion would lead to the re-opening of the discovery period, the Court should hear this motion on shortened time so the parties would not have to seek any further extensions of pretrial deadlines. On January 14, 2011, Defendant informed the Court that it would not be filing an opposition to the Motion to Shorten Time.

Plaintiffs' Motion to Shorten Time is denied. At a hearing on January 11, 2011, the Court extended the expert disclosure deadlines, and the parties indicated that they would seek relief from Judge Wilken as to other pretrial dates. Because the parties have already obtained extensions of some deadlines, there is no need to hear Plaintiffs' discovery motion on shortened time. Accordingly, Plaintiffs' motion is set for hearing on February 15, 2011 at 4:15 p.m. Defendant's opposition shall be filed no later than January 25, 2011. Plaintiffs' reply shall be filed no later than

1 | February 1, 2011.

2 | **IT IS SO ORDERED.**

3 | Dated: January 14, 2011

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge