Philip C. Monrad (State Bar No. 151073)
Margot A. Rosenberg (State Bar No. 144955)
Elizabeth Morris (State Bar No. 260513)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: 510-272-0169
Fax: 510-272-0174
Email: pmonrad@leonardcarder.com
Email: mrosenberg@leonardcarder.com
Email: lmorris@leonardcarder.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GILMER, ANTHONY RODGERS, DELORIS WILKINS, JERRY WILLIAMS, RAYMOND ROBBINS,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA-CONTRA COSTA TRANSIT DISTRICT,<br><br>Defendant. | **Case No. C08-05186 CW (EDL)**<br><br>Date Action Filed: November 17, 2008<br>Trial Date: June 13, 2011<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE TO FILE MOTION TO COMPEL** |

The Court, having reviewed the Stipulation and Joint Request For Order Extending Deadline to File Motion to Compel, and good cause appearing, hereby grants the parties' joint request for an order extending until January 21, 2011 the deadline by when Plaintiffs may (1) file a motion to compel concerning discovery of factual matters, about which the parties are currently in the process of reaching stipulations, and (2) file a motion to compel production of a signed verification authenticating certain electronically stored data produced by Defendant to Plaintiffs.

No other deadlines previously set by the Court are affected by this Order.

IT IS SO ORDERED, this  18  day of January, 2011.

Dated: January 28, 2011

_____
ELIZABETH D. LAPORTE
United State District Court Magistrate Judge

-1-
[PROPOSED] ORDER EXTENDING DEADLINE TO FILE MOTION       Case No. C08-05186-CW (EDL)