1

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT

8            IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   BRIAN GILMER, ANTHONY            )   Case No. C08-05186CW (EDL)
     RODGERS, DELORIS WILKINS, JERRY  )
11   WILLIAMS, RAYMOND ROBBINS        )   Date Action Filed:  Nov. 17, 2008
                                      )   Trial Date:        May 2, 2011
12            Plaintiffs,             )
13        vs.                         )   ORDER EXTENDING THE TRIAL DATE
                                      )   AND DEADLINES RE DISPOSITIVE
14   ALAMEDA-CONTRA COSTA TRANSIT     )   MOTIONS
     DISTRICT,                        )
15                                    )
              Defendant.              )
16                                    )
                                      )
17

18

19        The Court, having reviewed the Stipulation and Joint Request for an Order Extending the

20   Trial and Related Dates and Deadlines for the filing and hearing of Dispositive Motions, and good

21   cause appearing, hereby grants the parties' joint request.  As requested, the deadlines for filing and

22   hearing said motions shall be as follows:

23        May 12, 2011 shall be the last day to file and serve a dispositive motion;

24        June 16, 2011 shall be the last day to hear dispositive motions (opposition and reply briefs

25   shall be due pursuant to the Local Rules);

26        A Case Management Conference will be held on June 16, 2011;

27        The requested trial date is not available.  The pretrial and trial dates are vacated, to be reset at

28

1

FOSTER employment law
3000 Lakeshore Avenue
Oakland, California 94610

1   CMC.

2       IT IS SO ORDERED, this 19th day of January, 2011

3

4

5   Hon. Claudia A. Wilken
    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOSTERemploymentlaw
3000 Lakeshore Avenue
Oakland, California 94610

2