1  MICHAEL W. FOSTER (State Bar No. 127691)
   MICHAEL E. WILBUR (State Bar No. 152361)
2  DAVID CARDIFF (State Bar No. 184246)
   TAMMY A. BROWN (State Bar No. 172612)
3  **FOSTER EMPLOYMENT LAW**
   3000 LAKESHORE AVENUE
4  OAKLAND, CALIFORNIA 94610
   TELEPHONE: (510) 763-1900
5  FACSIMILE:  (510) 763-5952
6
7  Attorneys for Defendant
   ALAMEDA-CONTRA COSTA TRANSIT DISTRICT
8
9
10                    UNITED STATES DISTRICT COURT
11        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

13  BRIAN GILMER, ANTHONY              )   Case No. C08-05186CW (EDL)
    RODGERS, DELORIS WILKINS,          )
14  JERRY WILLIAMS, RAYMOND            )   Date Action Filed:   Nov. 17, 2008
    ROBBINS                            )   Trial Date:          Not set.
15                                     )
16             Plaintiffs,             )   **STIPULATION AND** ~~PROPOSED~~ **ORDER**
              vs.                      )   **EXTENDING DEADLINE FOR**
17  ALAMEDA-CONTRA COSTA TRANSIT       )   **DEFENDANT TO COMPLY WITH**
    DISTRICT,                          )   **MAGISTRATE JUDGE LAPORTE'S**
18                                     )   **FEBRUARY 22, 2011 ORDER**
19             Defendant.             )
                                       )
20                                     )
                                       )
21

22        The parties stipulate and Defendant AC Transit District requests that the Court issue

23  an Order extending the deadline by which Defendant Alameda-Contra Costa Transit District

24  is to provide amended responses to Plaintiffs' Requests for Admissions Nos. 28 and 34.

25  Plaintiffs do not oppose this request.

26        On February 22, 2011, Magistrate Judge Laporte entered an order requiring

27  Defendant to provide further responses to Plaintiffs' Requests for Admissions Nos. 28 and

28
                                       1

FOSTER employment law
3000 Lakeshore Avenue
Oakland, California 94610

1  34 within 21 days of the order.  Under the terms of the February 22, 2011 order, the

2  deadline for Defendant to provide said responses is March 15, 2011.  On March 3, 2011,

3  Defendant filed a motion for relief from the February 22, 2011 order.  That motion is

4  currently pending before Judge Wilken.

5    In light of the pending motion for relief from the February 22, 2011 order, the parties

6  stipulate, and Defendant AC Transit District requests entry of an order providing, as follows:

7    1.    Defendant shall be relieved from the 21-day deadline set out in the

8      Magistrate Judge Laporte's February 22, 2011 order;

9    2.    If the Court issues an order denying Defendant's pending motion for relief

10      from the February 22, 2011 order, or Defendant's motion for relief is

11      deemed denied by operation of Local Rule 72-2 (if the Court neither issues

12      a ruling on the motion or sets a briefing schedule on the motion within 14

13      days of the filing of the motion), Defendant shall have until 7 days after the

14      motion for relief is denied or deemed denied to provide amended

15      responses as required by the February 22, 2011 order.

16    Plaintiffs do not oppose this request. There has been no prior modification to the

17  deadline set forth in the February 22, 2011 order.

18    IT IS SO STIPULATED.

19  Dated:  March 11, 2011      LEONARD CARDER, LLP

20

21              _____/s/_____
             Philip C. Monrad
22             Attorneys for Plaintiffs
             Brian Gilmer, Anthony Rodgers, Deloris Wilkins,
23             Jerry Williams, and Raymond Robbins

24
    Dated:  March 11, 2011      FOSTER EMPLOYMENT LAW
25

26              _____/s/_____
             Michael E. Wilbur
27             Tammy A. Brown
             Attorneys for Defendant
28

2

FOSTER Employment law
3000 Lakeshore Avenue
Oakland, California 94610

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Alameda-Contra Costa Transit District

IT IS SO ORDERED, this _15_ day of March, 2011

_____



_____
ELIZABETH D. LAPORTE

Judge Elizabeth D. Laporte

3

STIPULATION TO EXTEND DEADLINE TO
COMPLY WITH 2-22-11 ORDER

CASE NO. C08-05186 CW (EDL)

FOSTER Remploymentlaw
3000 Lakeshore Avenue
Oakland, California 94610