UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GILMER, ANTHONY RODGERS, DELORIS WILKINS, JERRY WILLIAMS, RAYMOND ROBBINS,<br><br>Plaintiffs,<br>vs.<br>ALAMEDA-CONTRA COSTA TRANSIT DISTRICT,<br><br>Defendant. | Case No. C08-05186CW (EDL)<br><br>Date Action Filed: Nov. 17, 2008<br>Trial Date:           Not set.<br><br>**[PROPOSED] ORDER EXTENDING THE DEADLINES RE EXPERT WITNESSES** |

The Court, having reviewed the Stipulation and Request for an Order Extending the Dates By Which Expert Rebuttal Reports Are Due And By Which Expert Depositions Must Be Completed, and good cause appearing, hereby grants the parties' request. The deadlines regarding expert rebuttal reports and for the completion of expert depositions shall be as follows:

- April 29, 2011, is the deadline for the disclosure of the identity of any rebuttal experts and their reports;
- May 6, 2011, is the last date by which to complete expert discovery.

It is further ordered that the parties be entitled to take the deposition of the other

1

[proposed] ORDER EXTENDING THE
DEADLINES RE EXPERT WITNESSES

CASE NO. C08-05186 CW (EDL)

1  side's rebuttal expert(s), limited to any new facts, assumptions or opinions set out for the
2  first time in the rebuttal report(s), in addition to being able to depose the other side's expert
3  regarding the expert's initial report.  The deposition of the rebuttal expert(s) shall be
4  completed by May 6, 2011.
5      IT IS SO ORDERED, this _6_ day of April, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge



2

[proposed] ORDER EXTENDING THE
DEADLINES RE EXPERT WITNESSES

CASE NO. C08-05186 CW (EDL)