Philip C. Monrad (State Bar No. 151073)
Margot A. Rosenberg (State Bar No. 144955)
Elizabeth Morris (State Bar No. 260513)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: 510-272-0169
Fax: 510-272-0174
Email: pmonrad@leonardcarder.com
Email: mrosenberg@leonardcarder.com
Email: lmorris@leonardcarder.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GILMER, ANTHONY RODGERS, DELORIS WILKINS, JERRY WILLIAMS, RAYMOND ROBBINS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ALAMEDA-CONTRA COSTA TRANSIT DISTRICT,<br><br>　　　　　Defendant. | **Case No.  C08-05186 CW (EDL)**<br><br>Date Action Filed: November 17, 2008<br>Case Management Conf.: June 16, 2011<br>Trial Date Not Set<br><br>**ORDER EXTENDING PAGE LIMITATION ON DISPOSITIVE MOTIONS AND OPPOSITIONS** |

[PROPOSED] ORDER EXTENDING PAGE LIMITATION ON DISPOSITVE MOTIONS AND OPPOSITIONS    Case No. C08-05186-CW (EDL)

The Court, having reviewed the Stipulation and Joint Request For Order Extending Page Limitation On Dispositive Motions and Oppositions, filed on May 4, 2011, and good cause appearing, hereby grants the parties' joint request for an extension of the 25 page limitation on the parties' dispositive motions and oppositions to those motions. The parties shall be allowed 35 pages for each of those briefings. However, as explained in the Court's November 17, 2009, standing case management order, any cross-motion shall be contained within the opposition to any motion for summary judgment and the reply to a motion shall include the opposition to any cross-motion. Plaintiffs may file a 35 page motion on May 12. Defendant may file an opposition and cross motion in a single 45 page brief on May 26. Plaintiffs shall file their opposition and reply in a single brief of 20 pages on June 2 and Defendant may file a 10 page reply to its cross motion on June 9. The motions will be heard on June 23 at 2:00 p.m. The case management conference will also be held on that date and time.

IT IS SO ORDERED, this 5th day of May, 2011.

Dated: __5/5/2011_____        _____
                                CLAUDIA WILKEN
                                United State District Court Judge

**-1-**
[PROPOSED] ORDER EXTENDING PAGE LIMITATIONS ON        Case No. C08-05186-CW (EDL)
DISPOSITIVE MOTIONS AND OPPOSITIONS