MICHAEL W. FOSTER (State Bar No. 127691)
MICHAEL E. WILBUR (State Bar No. 152361)
DAVID CARDIFF (State Bar No. 184246)
TAMMY A. BROWN (State Bar No. 172612)
**FOSTER EMPLOYMENT LAW**
3000 LAKESHORE AVENUE
OAKLAND, CALIFORNIA 94610
TELEPHONE: (510) 763-1900
FACSIMILE:  (510) 763-5952

Attorneys for Defendant
ALAMEDA-CONTRA COSTA TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GILMER, ANTHONY RODGERS, DELORIS WILKINS, JERRY WILLIAMS, RAYMOND ROBBINS<br><br>Plaintiffs,<br>vs.<br>ALAMEDA-CONTRA COSTA TRANSIT DISTRICT,<br><br>Defendant. | Case No. C08-05186CW (EDL)<br><br>Date Action Filed: Nov. 17, 2008<br>Trial Date:         Not assigned.<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF FILED MAY 5, 2011** |

Good cause appearing, the Court hereby grants Defendant's administrative motion, filed on May 5, 2011, seeking clarification and modification of this Court's May 5, 2011, order as follows:

    1. Plaintiffs may file a 35-page dispositive motion no later than May 19, 2011;

    2. Defendant may file a 45-page opposition/cross-motion on or before June 2, 2011, which may include a request for summary judgment/adjudication based

on grounds and as to issues not raised in plaintiff's motion and which may also include a request for an order decertifying the collective action;

3. Plaintiffs' 20-page opposition/reply is due no later than June 9, 2011;

4. Defendant's 10-page reply is due no later than June 16, 2011; and

5. The hearing on the motions shall be held on June 30, 2011, at 2:00 p.m., with a case management conference following thereafter.

IT IS SO ORDERED.

Dated: __5/11/2011_____

_____
CLAUDIA WILKEN
United State District Court Judge