Philip C. Monrad (State Bar No. 151073)
Margot A. Rosenberg (State Bar No. 144955)
Elizabeth Morris (State Bar No. 260513)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: 510-272-0169
Fax: 510-272-0174
Email: pmonrad@leonardcarder.com
Email: mrosenberg@leonardcarder.com
Email: lmorris@leonardcarder.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GILMER, ANTHONY RODGERS, DELORIS WILKINS, JERRY WILLIAMS, RAYMOND ROBBINS,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA-CONTRA COSTA TRANSIT DISTRICT,<br><br>Defendant. | **Case No.  C08-05186 CW**<br><br>**[Proposed] ORDER ALLOWING FILING OF SUPPLEMENTAL CONSENT FORM (WILLIE STANLEY)** |

Having reviewed **PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE A CONSENT FORM TO BECOME PARTY PLAINTIFF RETROACTIVE TO JANUARY 30, 2009 (Willie Stanley),** the Supplemental Consent to Become Party Plaintiff, attached as Exhibit A thereto, and the Declaration of Philip C. Monrad filed in support thereof, and good cause appearing, Plaintiffs' motion is granted.

It appears that Mr. Stanley submitted his initial Consent To Become Party Plaintiff in this matter on or about January, 2009, and through no fault of his own, this Consent Form was not filed with the Court.

Mr. Stanley's Supplemental Consent To Become Party Plaintiff attached as Exhibit A to Plaintiffs' motion referenced above, shall be and hereby is accepted for filing, with retroactive effect to January 30, 2009.

SO ORDERED.

Date: __June 30, 2011__          _____
                                 Hon. Claudia Wilken
                                 Judge of the U.S. District Court

[proposed] ORDER RE FILING SUPP. CONSENT FORM (W. STANLEY)   **-1-**   Case No. C08-05186-CW