Philip C. Monrad (State Bar No. 151073)
Margot A. Rosenberg (State Bar No. 144955)
Elizabeth C. Morris (State Bar No. 260513)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: 510-272-0169
Fax: 510-272-0174
Email: pmonrad@leonardcarder.com
Email: mrosenberg@leonardcarder.com
Email: lmorris@leonardcarder.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GILMER, ANTHONY RODGERS, DELORIS WILKINS, JERRY WILLIAMS, RAYMOND ROBBINS,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA-CONTRA COSTA TRANSIT DISTRICT,<br><br>Defendant. | Case No. 4:08-CV-05186-CW<br><br>**STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE ON SPECIFIED ISSUES** |

WHEREAS, the Court's November 22, 2011 Order (Doc. No. 241) directed Plaintiffs, if they wished to brief specified issues, to file such briefing on or before December 20, 2011;

WHEREAS, The parties wish to revise this briefing schedule for reasons stated in Plaintiffs' Administrative Motion filed herewith, so that Plaintiffs' brief must be filed on or before February 2, 2012, with further briefing and hearing pursuant to Civil Local Rules.

THEREFORE, The parties jointly request that briefing and hearing on the issues identified in the Court's November 22, 2011 Order be revised as follows:

| | |
|---|---|
| February 2, 2012 | Plaintiffs' Opening Brief; |
| February 16, 2012 | Defendant's Opposition Brief (including request for additional discovery); |
| February 23, 2012 | Plaintiffs' Reply |
| March 8, 2012, 2:00 p.m. | Hearing |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD FOR ALL PARTIES.

DATED: November 29, 2011                LEONARD CARDER, LLP

By: ____/s/____
Philip C. Monrad
Attorney for Plaintiffs

DATED: November 29, 2011                FOSTER & ASSOCIATES

By: ____/s/*____
Michael Wilbur
Attorney for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/1/2011

Honorable Claudia A. Wilken
United States District Court Judge

* I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document. ____/s/____
Philip C. Monrad

1

STIPULATION AND [PROPOSED] ORDER REVISING
BRIEFING SCHEDULE ON SPECIFIED ISSUES - Case No.: C08-05186 CW