HANSON BRIDGETT LLP
DIANE MARIE O'MALLEY, SBN 139166
domalley@hansonbridgett.com
GEOFFREY T. GIBBS, SBN 141794
ggibbs@hansonbridgett.com
KEVIN D. REESE, SBN 172992
kreese@hansonbridgett.com
MOLLY A. LEE, SBN 232477
mlee@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendant
Alameda-Contra Costa Transit District

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| BRIAN GILMER, ANTHONY RODGERS, DELORIS WILKINS, JERRY WILLIAMS, RAYMOND ROBBINS,<br><br>Plaintiffs,<br><br>v.<br><br>ALAMEDA-CONTRA COSTA TRANSIT DISTRICT,<br><br>Defendant. | CASE NO. C08-05186 CW<br><br>**DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER APPROVING SUBSTITUTION** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Alameda Contra-Costa Transit District ("AC Transit") has consented to, and hereby requests that the Court permit and approve, the substitution of Hanson Bridgett LLP as counsel of record for AC Transit in the above-captioned matter.

Withdrawing counsel for Defendant AC Transit are:

Michael W. Foster, Esq.
Michael E. Wilbur, Esq.
Tammy A. Brown, Esq.
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue

4117183.1

DEF.'S NOT. OF SUBST. OF COUNSEL AND [PROPOSED] ORDER
APPROVING SUBSTITUTION (CASE #C08-05186 CW)

1  Oakland, California 94610
   Telephone:  (510) 763-1900
2  Facsimile:  (510) 763-5952

3  Upon approval of this substitution, all pleadings, orders, and notices should
4  hereafter be served upon the following substituted counsel for AC Transit:

5  DIANE MARIE O'MALLEY, SBN 139166
   domalley@hansonbridgett.com
6  MOLLY A. LEE, SBN 232477
   mlee@hansonbridgett.com
7  Hanson Bridgett LLP
   425 Market Street, 26th Floor
8  San Francisco, California 94105
   Telephone:  (415) 777-3200
9  Facsimile:   (415) 541-9366

10

11  I consent to this substitution of counsel.

12  DATED: 1/3/12, 2012                    ALAMEDA-CONTRA COSTA TRANSIT
                                           DISTRICT
13
14                                         By: /s/ Mary V. King
                                               MARY KING
15                                             GENERAL MANAGER

16
    I consent to this substitution of counsel and request to withdraw from
17
    representation.
18
    DATED: 2-2-, 2012                      FOSTER EMPLOYMENT LAW
19
20                                         By: /s/
                                               MICHAEL W. FOSTER
21                                             MICHAEL E. WILBUR
                                               TAMMY A. BROWN
22

23

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

4117183.1                                  -2-
    DEF.'S NOT. OF SUBST. OF COUNSEL AND [PROPOSED] ORDER
    APPROVING SUBSTITUTION (CASE #C08-05186 CW)

I consent to this substitution of counsel.

DATED: 2-3-____, 2012                                HANSON BRIDGETT LLP

By: *[signature]*
DIANE M. O'MALLEY
MOLLY A. LEE
Attorneys for Defendant

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: ____February 21__, 2012

By: *[signature]*
HONORABLE CLAUDIA WILKEN
U.S. District Court Judge

-3-
DEF.'S NOT. OF SUBST. OF COUNSEL AND [PROPOSED] ORDER APPROVING SUBSTITUTION (CASE #C08-05186 CW)

4117183.1